**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Linden R. P.,

Plaintiff,

v.

Frank Bisignano,
*Commissioner of Social Security*,

Defendant.

Case No. 25-cv-2426 (KMM/EMB)

**ORDER**

---

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Elsa M. Bullard, dated August 5, 2026. (Dkt. 18.) Magistrate Judge Bullard concluded that Plaintiff's request for relief be denied based on her finding that the administrative law judge's decision was supported by substantial evidence and did not result from any error of law. (*Id.* at 3.) Plaintiff did not file any objection to this R&R within the permitted time period. *See* D. Minn. L.R. 72.2(b).

In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, it finds that Magistrate Judge Bullard committed no error, clear or otherwise. Finding no error, the Court accepts the R&R.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (Dkt. 18) is **ACCEPTED**.
2. The decision of the Commissioner of Social Security in this case is **AFFIRMED**.
3. Plaintiff's requested relief (Dkt. 10) is **DENIED.**
4. The Complaint (Dkt. 1) is **DISMISSED** with prejudice.

**Let Judgment Be Entered Accordingly.**

Date: **September 16, 2026**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge